# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR40 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CARLOS FRANCISCO VARGAS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Shannon P. O'Connor of the Federal Public Defenders Office to withdraw as counsel for the defendant, Carlos Francisco Vargas [14]. Since retained counsel, Carlos A. Monzon, has entered an appearance for the defendant [13], the motion to withdraw [14] is granted. Mr. O'Connor shall be deemed withdrawn as attorney of record and shall forthwith provide Mr. Monzon with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 20th day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge