IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR40 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CARLOS FRANCISCO-VARGAS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that a change of plea/sentencing hearing for the defendant is scheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 25, 2006, at 1:00 p.m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 13th day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge